UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD B. SPENCER,<br><br>            Plaintiff,<br><br>     v.<br><br>J. JASSO, et al.,<br><br>            Defendants. | No. 1:20-cv00909-ADA-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL<br><br>(ECF No. 15.) |

Edward Spencer ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 9, 2023, the court entered findings and recommendations, recommending that this action proceed only against Defendant Jasso for retaliation, for withholding Plaintiff's mail in violation of the First Amendment, and for violation of due process under the Fourteenth Amendment, and that all other claims and Defendants be dismissed from this action based on Plaintiff's failure to state a claim. (ECF No. 15.) On January 17, 2023, Plaintiff notified the Court that he would like to proceed with the claims found cognizable by the Court. (ECF No. 16.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly,

1. The findings and recommendations issued by the Magistrate Judge on January 9, 2023, (ECF No. 15), are ADOPTED IN FULL;

2. This case now proceeds with Plaintiff's cognizable claims against Defendant Jasso for retaliation, withholding of Plaintiff's mail in violation of the First Amendment, and violation of due process under the Fourteenth Amendment;

3. All other claims are dismissed from this case based on Plaintiff's failure to state a claim upon which relief may be granted;

4. Plaintiff's claims for negligence and other state law claims are dismissed from this case for failure to state a claim; and

5. This case is referred back to the Magistrate Judge for further proceedings, including service of process.

IT IS SO ORDERED.

Dated:   February 2, 2023

UNITED STATES DISTRICT JUDGE