| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD B. SPENCER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RICHARD MILAN, et al.,<br><br>　　　　　Defendants. | No. 1:20-cv-00682 JLT GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 63)<br><br>ORDER DECLARING PLAINTIFF A THREE STRIKES LITIGANT WITHIN THE MEANING OF 28 U.S.C. § 1915(g)<br><br>ORDER REVOKING PLAINTIFF'S IN FORMA PAUPERIS STATUS PURSUANT TO 28 U.S.C. § 1915(g)<br><br>(Doc. 9)<br><br>ORDER DIRECTING PLAINTIFF TO PAY FILING FEE IN FULL PRIOR TO PROCEEDING FURTHER IN THIS ACTION<br><br>PLAINTIFF'S FILING FEE DUE IN *30 DAYS* |

| | | |
|---|---|---|
| 1 | EDWARD B. SPENCER, | No. 1:20-cv-00909 JLT GSA (PC) |
| 2 | Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| 3 | v. | (Doc. 46) |
| 4 | J. JASSO, et al., | ORDER DECLARING PLAINTIFF A THREE STRIKES LITIGANT WITHIN THE MEANING OF 28 U.S.C. § 1915(g) |
| 5 | Defendants. | |
| 6 | | |
| 7 | | ORDER REVOKING PLAINTIFF'S IN FORMA PAUPERIS STATUS PURSUANT TO 28 U.S.C. § 1915(g) |
| 8 | | |
| 9 | | (Doc. 7) |
| 10 | | ORDER DIRECTING PLAINTIFF TO PAY FILING FEE IN FULL PRIOR TO PROCEEDING FURTHER IN THIS ACTION |
| 11 | | |
| 12 | | PLAINTIFF'S FILING FEE DUE IN *30 DAYS* |
| 13 | EDWARD B. SPENCER, | No. 1:20-cv-1176 JLT GSA (PC) |
| 14 | Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| 15 | v. | (Doc. 40) |
| 16 | L. PULIDO-ESPARZA, et al., | ORDER DECLARING PLAINTIFF A THREE STRIKES LITIGANT WITHIN THE MEANING OF 28 U.S.C. § 1915(g) |
| 17 | Defendants. | |
| 18 | | ORDER REVOKING PLAINTIFF'S IN FORMA PAUPERIS STATUS PURSUANT TO 28 U.S.C. § 1915(g) |
| 19 | | |
| 20 | | (Doc. 7) |
| 21 | | ORDER DIRECTING PLAINTIFF TO PAY FILING FEE IN FULL PRIOR TO PROCEEDING FURTHER IN THIS ACTION |
| 22 | | |
| 23 | | PLAINTIFF'S FILING FEE DUE IN *30 DAYS* |

| | | |
|---|---|---|
| 1 | EDWARD B. SPENCER, | No. 1:23-cv-01033 JLT GSA (PC) |
| 2 | Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| 3 | v. | |
| 4 | A. BARAJAS, et al., | (Doc. 14) |
| 5 | Defendant. | ORDER DECLARING PLAINTIFF A THREE STRIKES LITIGANT WITHIN THE MEANING OF 28 U.S.C. § 1915(g) |
| 6 | | |
| 7 | | ORDER REVOKING PLAINTIFF'S IN FORMA PAUPERIS STATUS PURSUANT TO 28 U.S.C. § 1915(g) |
| 8 | | |
| 9 | | (Doc. 7) |
| 10 | | ORDER DIRECTING PLAINTIFF TO PAY FILING FEE IN FULL PRIOR TO PROCEEDING FURTHER IN THIS ACTION |
| 11 | | |
| 12 | | PLAINTIFF'S FILING FEE DUE IN *30 DAYS* |
| 13 | | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis in all the above-referenced matters, has filed these civil rights actions seeking relief under 42 U.S.C. § 1983. These matters were referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On February 15-16, 2024, the magistrate judge issued findings and recommendations in each case. Plaintiff timely filed objections.

According to 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court performed *de novo* reviews of these cases. Having carefully reviewed the entirety of each file, the Court concludes the respective findings and recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The Court finds the following closed cases brought by Plaintiff to be strikes within the meaning of 28 U.S.C. § 1915(g):

- *Spencer v. Beeler*, No. 1:13-cv-01624 JLO BAM (E.D. Cal. Sept. 22, 2014);
- *Spencer v. Kokor*, No. 1:17-cv-00597 LJO JLT (E.D. Cal. Apr. 6, 2018);
- *Spencer v. Sherman*, No. 1:17-cv-01025 LJO EPG (E.D. Cal. Apr. 25, 2018), and
- *Spencer v. Kokor*, No. 1:17-cv-01561 LJO BAM (E.D. Cal. June 26, 2018).

2. The findings and recommendations issued February 15-16, 2024, as listed below, are **ADOPTED IN FULL**:

- *Spencer v. Milan*, No. 1:20-cv-00682 JLT GSA (Doc. 63);
- *Spencer v. Jasso*, No. 1:20-cv-00909 JLT GSA (Doc. 46);
- *Spencer v. Pulido-Esparza*, No. 1:20-cv-01176 JLT GSA (Doc. 40), and
- *Spencer v. Barajas*, No. 1:23-cv-01033 JLT GSA (Doc. 14).

3. Plaintiff's in forma pauperis status is **REVOKED** in the above-captioned matters.

4. The Clerk of Court shall identify Plaintiff as a three strikes litigant within the meaning of 28 U.S.C. § 1915(g) in the dockets of the above-captioned matters.

5. Within thirty days from the date of this order, Plaintiff shall pay the filing fees in full in the above-captioned cases prior to proceeding any further in them.

**Plaintiff is informed that failure to pay the filing fees in full in any of these matters within the time allotted may result in a recommendation that they be dismissed or in sua sponte dismissal by the Court.**

IT IS SO ORDERED.

Dated: __**March 15, 2024**__                                          /s/ Jennifer L. Thurston
                                                                       UNITED STATES DISTRICT JUDGE