UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD B. SPENCER,<br><br>             Plaintiff,<br><br>      v.<br><br>J. JASSO,<br><br>             Defendant. | Case No. 1:20-cv-00909-JLT-HBK (PC)<br><br>ORDER FINDING PLAINTIFF'S MOTION TO COMPEL MOOT<br><br>(Doc. No. 29)<br><br>ORDER DIRECTING CLERK TO ISSUE CONSENT/DECLINE TO UNITED STATES MAGISTRATE JUDGE FORM<br><br>FOURTEEN DAY DEADLINE |

On July 3, 2025, this case was reassigned to the undersigned. (Doc. No. 62). The Court has reviewed the docket and pleadings. Plaintiff proceeds in this action on his First Amendment retaliation and Fourteenth Amendment due process claims against Defendant J. Jasso. (Doc. Nos. 12, 15, 17). On August 14, 2023, Plaintiff filed Motion to Compel. (Doc. No. 29). Plaintiff sought an order compelling Defendant to produce all documents Defendant intended to rely upon in support of a motion for summary judgment or at trial. (*Id*.). On August 29, 2023, Defendant filed an Opposition essentially arguing that Plaintiff's Motion was premature given the procedural posture of the case. (Doc. No. 30).

On November 27, 2023, Defendant Jasso filed a Motion for Summary Judgement. (Doc. No. 31). After being granted an extension of time, Plaintiff filed his Opposition on December

20, 2023.  (Doc. No. 36).   After being granted an extension of time, Defendant filed a Reply on January 26, 2024.  (Doc. No. 43).

     Notably, at the time Plaintiff filed his Motion to Compel discovery remained open and the deadline to file a dispositive motion, other than a motion based on exhaustion, had not yet passed. *See Scheduling Order* issued on March 27, 2023 setting dispositive deadline to November 27, 2023 (Doc. No. 22).  Consequently, Plaintiff's motion to compel was premature, but has now been rendered moot by Defendant's Motion for Summary Judgment, which remains ripe for review based upon the pleadings and the record before the Court.  Local Rule 230(l).

     Due to reassignment and the heavy civil backlog facing the district judges in the Eastern District of California, the Parties may wish to consider consent to a United States Magistrate Judge.  The Parties may consent or withhold consent without any adverse consequences.

     ACCORDINGLY, it is hereby ORDERED:

1. Plaintiff's Motion to Compel (Doc. No. 29) is MOOT.
2. The Clerk of Court shall provide the parties with the Consent/Decline to U.S. Magistrate Judge Jurisdiction form.
3. The Parties shall return the Consent/Decline to U.S. Magistrate Judge Jurisdiction form within fourteen (14) days from receipt of this Order.

Dated:    July 30, 2025

                                     HELENA M. BARCH-KUCHTA
                                     UNITED STATES MAGISTRATE JUDGE