**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD B. SPENCER, | Case No. 1:20-cv-00909 JLT HBK (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION IN FULL |
| v. | (Docs. 31, 66) |
| J. JASSO, | |
| Defendant. | |

Plaintiff Edward B. Spencer is a state prisoner proceeding pro se and *in forma pauperis* pursuant to 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 18, 2025, the assigned magistrate judge issued Findings and Recommendations, recommending that Court grant Defendant's Motion for Summary Judgment because Plaintiff failed to put forth sufficient evidence to establish the essential elements to support his first amendment and fourteenth amendment claims. The Court served the Findings and Recommendations on Plaintiff and notified him that objections were due in 14 days. (Doc. 66.)  In addition, the Court warned the parties "that failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.* at 19, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014); *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).) No objections have been filed and the time to do so has passed. (*See* docket.)

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations, filed on December 18, 2025 (Doc. 66), are **ADOPTED** in full.

2. Defendants' motion for summary judgment (Doc. 31) is **GRANTED**.

3. The Clerk of Court is directed to terminate any pending motions/deadlines, enter judgment against Plaintiff, and close this case.

IT IS SO ORDERED.

Dated:    **February 23, 2026**

UNITED STATES DISTRICT JUDGE

2